|                  |                           |
|------------------|---------------------------|
| The Honorable:   | Laurie Selber Silverstein |
| Chapter 7        |                           |
| Location:        | Court Room 2, 6th Fl      |
| Hearing Date:    | 01/20/2022                |
| Hearing Time:    | 2:30                      |
| Response Date:   | 12/28/2021                |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: MSD PERFORMANCE, INC.,   §   Case No. 13-12286-LSS
§
§
§
     Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Charles A. Stanziale, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Courthouse
824 Market St N
3rd Floor
Wilmington, DE 19801

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

12/09/2021: 12/08/2021                                     By: /s/ Charles A. Stanziale
                                                                         Ch. 7 Trustee

Charles A. Stanziale
347 Mt. Pleasant Avenue
Suite 200
West Orange, NJ 07052
(201) 306-0066
cstanziale@chas-law.com

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| The Honorable: | Laurie Selber Silverstein |
| Chapter 7 | |
| Location: | Court Room 2, 6th Fl |
| Hearing Date: | 01/20/2022 |
| Hearing Time: | 2:30 |
| Response Date: | 12/28/2021 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: MSD PERFORMANCE, INC., § § § § §
     Debtor(s)

Case No. 13-12286-LSS

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| The Final Report shows receipts of: | $ | 52,731.40 |
| and approved disbursements of: | $ | 3,535.99 |
| leaving a balance on hand of[1]: | $ | 49,195.41 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 70 | City of El Paso TX | 85,372.80 | 0.00 | 0.00 | 0.00 |
| 71 | City of El Paso TX | 1,501.32 | 0.00 | 0.00 | 0.00 |
| 122 | Canon Financial Services | 94,160.27 | 0.00 | 0.00 | 0.00 |
| 152 | Pitney Bowes | 4,000.00 | 0.00 | 0.00 | 0.00 |
| 178-S | WW Grainger | 9,800.37 | 0.00 | 0.00 | 0.00 |
| 235 | City of El Paso | 83,547.11 | 0.00 | 0.00 | 0.00 |
| 236 | City of El Paso | 1,988.01 | 0.00 | 0.00 | 0.00 |
| 255 | ITC Tools Inc | 1,740.00 | 1,740.00 | 0.00 | 1,740.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 258-P | Great America Financial Services | 6,654.64 | 0.00 | 0.00 | 0.00 |
| 270 | County of Seminole Tax Collector | 6,702.95 | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 1,740.00 |
| Remaining balance: | $ 47,455.41 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES A. STANZIALE | 5,886.57 | 0.00 | 4,781.18 |
| Attorney for Trustee Fees - McCARTER & ENGLISH, LLP | 24,365.00 | 0.00 | 19,789.69 |
| Attorney for Trustee, Expenses - McCARTER & ENGLISH, LLP | 746.00 | 0.00 | 605.91 |
| Other Chapter 7 Administrative Expenses - CDW | 0.00 | 0.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - CBIZ MHM, LLC | 27,404.50 | 0.00 | 22,258.43 |
| Accountant for Trustee Expenses (Other Firm) - CBIZ MHM, LLC | 24.87 | 0.00 | 20.20 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ 47,455.41 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Prior Chapter Trustee Compensation - Capco Plastics | 6,087.45 | 0.00 | 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - BLANK ROME LLP | 0.00 | 0.00 | 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - MSD PERFORMANCE, INC. | 0.00 | 0.00 | 0.00 |
| Prior Chapter Other State or Local Taxes - State of Tennessee Rev | 0.00 | 0.00 | 0.00 |
| Prior Chapter Other State or Local Taxes - TEXAS COMPTROLLER OF PUBLIC ACCOUNTS (ADMINISTRATIVE) | 177,865.51 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - China Auto Group | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - China Auto Group | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Leevco LLC BBA Form Mex | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Dell Marketing LP | 2,193.78 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:  $    0.00
Remaining balance:  $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $176,899.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 21-P | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 22-P | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 23-P | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 24-P | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 25-P | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 26-P | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 27-P | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 28-P | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 46 | IRS | 0.00 | 0.00 | 0.00 |
| 47 | IRS | 0.00 | 0.00 | 0.00 |
| 48 | IRS | 0.00 | 0.00 | 0.00 |
| 49 | IRS | 0.00 | 0.00 | 0.00 |
| 50 | IRS | 0.00 | 0.00 | 0.00 |
| 60-P | MSC Industries | 0.00 | 0.00 | 0.00 |
| 96 | Magnetic Sensors Corporation | 0.00 | 0.00 | 0.00 |
| 117 | Kai Palama | 0.00 | 0.00 | 0.00 |
| 168 | Molex Inc | 1,350.00 | 0.00 | 0.00 |
| 169-P | MSC Industrial Supply Co | 657.47 | 0.00 | 0.00 |
| 172 | Brian King | 0.00 | 0.00 | 0.00 |
| 184-P | Sun City Electric | 0.00 | 0.00 | 0.00 |
| 200 | A-One Transmission Performance | 0.00 | 0.00 | 0.00 |
| 206 | American Industrial Products | 3,633.95 | 0.00 | 0.00 |
| 225 | State of Tennessee Rev | 0.00 | 0.00 | 0.00 |
| 228 | Ray Minton | 0.00 | 0.00 | 0.00 |
| 284-P | Commonwealth of PA Rev Dept | 2,550.00 | 0.00 | 0.00 |
| 286 | State of California Franchise Tax | 2,606.13 | 0.00 | 0.00 |
| 287 | State of California Franchise Tax | 821.97 | 0.00 | 0.00 |
| 288 | State of California Franchise Tax | 1,748.23 | 0.00 | 0.00 |
| 289 | State of California Franchise Tax | 2,986.41 | 0.00 | 0.00 |
| 290 | State of California Franchise Tax | 1,748.23 | 0.00 | 0.00 |
| 308P-1 | STATE OF FLORIDA - DEPARTMENT OF REVENUE | 158,797.43 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,372,908.27 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Approved Memory Inc | 0.00 | 0.00 | 0.00 |
| 2 | Kimball Electric Inc | 20,791.50 | 0.00 | 0.00 |
| 3 | Las Cruces Machine MFR & Engineering | 113,907.67 | 0.00 | 0.00 |
| 4-U | CDW | 0.00 | 0.00 | 0.00 |
| 5 | El Paso Bolt & Screw Co | 1,126.47 | 0.00 | 0.00 |
| 6 | Taro Mfg | 0.00 | 0.00 | 0.00 |
| 7 | Zierick Manufacturing | 0.00 | 0.00 | 0.00 |
| 8 | Wai Global | 0.00 | 0.00 | 0.00 |
| 9 | Standard Hardware Inc | 0.00 | 0.00 | 0.00 |
| 10 | Arburg Inc | 0.00 | 0.00 | 0.00 |
| 11 | El Paso Office Products | 7,777.47 | 0.00 | 0.00 |
| 12 | Restortes Newcomb | 4,303.24 | 0.00 | 0.00 |
| 13 | RFE International Inc | 836.90 | 0.00 | 0.00 |
| 14 | Sun Lithographing & Printing | 0.00 | 0.00 | 0.00 |
| 15 | Sapa Extrusions North America | 0.00 | 0.00 | 0.00 |
| 16 | Adams Magnetic Products | 1,312.24 | 0.00 | 0.00 |
| 17 | Quick Way Manufacturing | 7,965.03 | 0.00 | 0.00 |
| 18 | Boney, Michael | 0.00 | 0.00 | 0.00 |
| 19 | EMI Polymers | 0.00 | 0.00 | 0.00 |
| 20 | Sensata Technologies | 0.00 | 0.00 | 0.00 |
| 21 | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 22 | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 23 | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 24 | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 25 | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 26 | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 27 | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 28 | State of Ohio Taxation | 0.00 | 0.00 | 0.00 |
| 29 | Milplex Circuits | 0.00 | 0.00 | 0.00 |
| 30 | Memosun Inc | 1,605.00 | 0.00 | 0.00 |
| 31 | Action Stainless & Alloys | 26,368.90 | 0.00 | 0.00 |
| 32 | Barnart Bolt & Special Fasteners | 812.00 | 0.00 | 0.00 |
| 33 | Mid-State Machine Company | 0.00 | 0.00 | 0.00 |
| 34 | All Star Magnetics | 0.00 | 0.00 | 0.00 |
| 35 | Etco Incorporated | 0.00 | 0.00 | 0.00 |
| 36 | Sun Plastech | 0.00 | 0.00 | 0.00 |
| 37 | Future Electronics | 0.00 | 0.00 | 0.00 |
| 38 | Future Electronics | 0.00 | 0.00 | 0.00 |
| 39 | Squires Electronics | 0.00 | 0.00 | 0.00 |
| 40 | Houston Unlimited | 0.00 | 0.00 | 0.00 |
| 41 | Keystone Electronics | 1,675.85 | 0.00 | 0.00 |
| 42 | Boatswain's locker | 741.69 | 0.00 | 0.00 |
| 43 | Precision Electronics | 2,790.00 | 0.00 | 0.00 |
| 44 | ISSPRO Inc | 0.00 | 0.00 | 0.00 |
| 45 | Exhaust Gas Technologies | 0.00 | 0.00 | 0.00 |
| 51 | Richard RFPD | 0.00 | 0.00 | 0.00 |
| 52 | Zhejang Zhenwei Electric | 0.00 | 0.00 | 0.00 |
| 53 | Shangyu Shenzhou Instrument | 0.00 | 0.00 | 0.00 |
| 54 | Kunshan Cadic Auto Electric | 92,386.00 | 0.00 | 0.00 |
| 55 | Fragola Performance | 1,764.23 | 0.00 | 0.00 |
| 56 | Hannan Products Corp | 4,525.71 | 0.00 | 0.00 |
| 57 | Ningbo Diako Auto | 0.00 | 0.00 | 0.00 |
| 58 | Shanghai Qiaoyun | 0.00 | 0.00 | 0.00 |
| 59 | He Cheng Electric | 0.00 | 0.00 | 0.00 |
| 60 | MSC Industries | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 61 | McMaster Carr Supply Company | 0.00 | 0.00 | 0.00 |
| 62 | McMaster Carr Supply Company | 0.00 | 0.00 | 0.00 |
| 63 | US Customs and Border Protection | 0.00 | 0.00 | 0.00 |
| 64 | Joan E Gowin | 688.70 | 0.00 | 0.00 |
| 65 | RS Hughes Co | 0.00 | 0.00 | 0.00 |
| 66 | Charles L Tucker | 0.00 | 0.00 | 0.00 |
| 67 | Griffiths Corp | 0.00 | 0.00 | 0.00 |
| 68 | Victor Electronics Mfg | 0.00 | 0.00 | 0.00 |
| 69 | Horus Wire Protection | 0.00 | 0.00 | 0.00 |
| 72 | Kody A Bartels | 699.00 | 0.00 | 0.00 |
| 73 | Abacus Technologies | 0.00 | 0.00 | 0.00 |
| 74 | Packager Inc | 0.00 | 0.00 | 0.00 |
| 75 | Central Semiconductor Corp | 0.00 | 0.00 | 0.00 |
| 76 | Anmar Enterprises Inc | 0.00 | 0.00 | 0.00 |
| 77 | T&D Nachine Products Inc | 0.00 | 0.00 | 0.00 |
| 78 | Aaron R Waite | 849.00 | 0.00 | 0.00 |
| 79 | Milplex Circuits | 0.00 | 0.00 | 0.00 |
| 80 | Precision Molded Concepts | 0.00 | 0.00 | 0.00 |
| 81 | Greenlee Textron Inc | 0.00 | 0.00 | 0.00 |
| 82 | Airtex Products | 0.00 | 0.00 | 0.00 |
| 83 | Wassco | 0.00 | 0.00 | 0.00 |
| 84 | Pacific Industrial Component | 0.00 | 0.00 | 0.00 |
| 85 | Hoffer Flow Controls Inc | 0.00 | 0.00 | 0.00 |
| 86 | CBM Motorsports | 0.00 | 0.00 | 0.00 |
| 87 | Motorhead Media | 2,950.00 | 0.00 | 0.00 |
| 88 | Wells Fargo Financial Leasing | 0.00 | 0.00 | 0.00 |
| 89 | Ningbo Amgee Auto Parts | 0.00 | 0.00 | 0.00 |
| 90 | Shanghai Auzone Auto Parts | 0.00 | 0.00 | 0.00 |
| 91 | Fourslide Spring and Stamping | 1,208.40 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 92 | International Correlated and Packaging | 111,746.04 | 0.00 | 0.00 |
| 93 | Ninbo Guangming Rubber & Plastic | 0.00 | 0.00 | 0.00 |
| 97 | Broussard Logistics | 6,183.38 | 0.00 | 0.00 |
| 98 | Wells Manufacturing | 0.00 | 0.00 | 0.00 |
| 99 | Austin ONeal | 700.00 | 0.00 | 0.00 |
| 100 | Excel Manufacturing | 0.00 | 0.00 | 0.00 |
| 101 | Southern California Edison Co | 4,039.44 | 0.00 | 0.00 |
| 102 | US Customs and Border Protection | 0.00 | 0.00 | 0.00 |
| 103 | Cody Strube | 850.00 | 0.00 | 0.00 |
| 104 | El Paso Metals & Supply | 716.75 | 0.00 | 0.00 |
| 105 | SMC Powder Metallurgy | 7,344.48 | 0.00 | 0.00 |
| 106 | Motan | 16,019.56 | 0.00 | 0.00 |
| 107 | Eclipse Enterprise | 750.00 | 0.00 | 0.00 |
| 108 | Intregrated Ideas & Technology | 0.00 | 0.00 | 0.00 |
| 109 | Nedco Electronics | 0.00 | 0.00 | 0.00 |
| 110 | Leevco LLC BBA Form Mex | 0.00 | 0.00 | 0.00 |
| 111 | Kastro's Wood Pallets | 2,042.50 | 0.00 | 0.00 |
| 112 | Dirk Maybright | 0.00 | 0.00 | 0.00 |
| 113 | Sinotechusa Inc | 0.00 | 0.00 | 0.00 |
| 114 | Sinotechusa | 0.00 | 0.00 | 0.00 |
| 115 | Cole Hersee Company | 0.00 | 0.00 | 0.00 |
| 116 | Loren Enns | 679.20 | 0.00 | 0.00 |
| 118 | Redstar Worldwide | 0.00 | 0.00 | 0.00 |
| 119 | Harig Manufacturing Corp | 0.00 | 0.00 | 0.00 |
| 120 | U-Blox America | 0.00 | 0.00 | 0.00 |
| 121 | Ruland Manufacturing | 0.00 | 0.00 | 0.00 |
| 123 | Vincent Lahaye Jr | 0.00 | 0.00 | 0.00 |
| 124 | John Budowski | 0.00 | 0.00 | 0.00 |
| 125 | National Business Media | 3,055.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 126 | IBT Inc | 0.00 | 0.00 | 0.00 |
| 127 | Lee Slocum | 0.00 | 0.00 | 0.00 |
| 128 | Gear Company of America | 0.00 | 0.00 | 0.00 |
| 129 | Elm Cleaning Services | 4,827.95 | 0.00 | 0.00 |
| 130 | Arrow Electronics | 0.00 | 0.00 | 0.00 |
| 131 | Arrow Electronics | 0.00 | 0.00 | 0.00 |
| 132 | Arrow Electronics | 0.00 | 0.00 | 0.00 |
| 133 | Dell Marketing LP | 279.02 | 0.00 | 0.00 |
| 134 | Specialized Harness Products | 0.00 | 0.00 | 0.00 |
| 135 | Layton Office Supply | 0.00 | 0.00 | 0.00 |
| 136 | Drake Brothers Inc | 0.00 | 0.00 | 0.00 |
| 137 | Essex Group Inc | 0.00 | 0.00 | 0.00 |
| 138 | Apple Rubber Products | 0.00 | 0.00 | 0.00 |
| 139 | Sinotechusa | 0.00 | 0.00 | 0.00 |
| 140 | TBM Racing | 0.00 | 0.00 | 0.00 |
| 141 | Bitech Tool & Die | 0.00 | 0.00 | 0.00 |
| 142 | Jamak Fabrication Inc | 0.00 | 0.00 | 0.00 |
| 143 | Stranco Products | 496.36 | 0.00 | 0.00 |
| 144 | Solon Manrfacturing Co | 0.00 | 0.00 | 0.00 |
| 145 | Suntsu Frequency Control | 181.25 | 0.00 | 0.00 |
| 146 | Colton Schliep | 0.00 | 0.00 | 0.00 |
| 147 | Empire Screen Printing Inc | 0.00 | 0.00 | 0.00 |
| 148 | Aaron Nichols | 0.00 | 0.00 | 0.00 |
| 149 | Eis Inc | 0.00 | 0.00 | 0.00 |
| 150 | Eis Inc | 0.00 | 0.00 | 0.00 |
| 151 | Trainum, Snowdon & Deane | 0.00 | 0.00 | 0.00 |
| 153 | Enterprise Leasing Co | 0.00 | 0.00 | 0.00 |
| 154 | Central Freight Lines | 5,820.42 | 0.00 | 0.00 |
| 155 | Roberts Iron Works | 575.00 | 0.00 | 0.00 |
| 156 | Penninsula Components | 0.00 | 0.00 | 0.00 |
| 157 | Mike Noel | 0.00 | 0.00 | 0.00 |
| 158 | PCB Overnight Inc | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 159 | Advanced Paperworks | 0.00 | 0.00 | 0.00 |
| 160 | Stitches Unlimited | 0.00 | 0.00 | 0.00 |
| 161 | Lansing Instrument | 0.00 | 0.00 | 0.00 |
| 162 | Artos Engineering Company | 0.00 | 0.00 | 0.00 |
| 163 | Curtis Hayes | 0.00 | 0.00 | 0.00 |
| 164 | Walker Products Inc | 0.00 | 0.00 | 0.00 |
| 165 | Unique Products | 0.00 | 0.00 | 0.00 |
| 166 | Shanghai Rising International | 20,463.32 | 0.00 | 0.00 |
| 167 | Questar Gas Co | 0.00 | 0.00 | 0.00 |
| 169 | MSC Industrial Supply Co | 1,463.92 | 0.00 | 0.00 |
| 170 | Metric & Multistandard Componants | 163.13 | 0.00 | 0.00 |
| 171 | Barrett Business Services | 0.00 | 0.00 | 0.00 |
| 173 | DME Company | 0.00 | 0.00 | 0.00 |
| 174 | GVMI Inc DBA | 0.00 | 0.00 | 0.00 |
| 175 | IED Group Inc | 0.00 | 0.00 | 0.00 |
| 176 | SensorPro Ltd | 0.00 | 0.00 | 0.00 |
| 177 | El Paso Mail & Print | 4,100.00 | 0.00 | 0.00 |
| 178 | WW Grainger | 0.00 | 0.00 | 0.00 |
| 179 | Admark Inc | 0.00 | 0.00 | 0.00 |
| 180 | Rusty Higdon | 0.00 | 0.00 | 0.00 |
| 181 | Scott Starck | 0.00 | 0.00 | 0.00 |
| 182 | Intech Industries | 0.00 | 0.00 | 0.00 |
| 183 | Leslie Motor Products | 0.00 | 0.00 | 0.00 |
| 184 | Sun City Electric | 0.00 | 0.00 | 0.00 |
| 185 | Corvus of Orlando | 0.00 | 0.00 | 0.00 |
| 186 | QVS Marketing | 0.00 | 0.00 | 0.00 |
| 187 | Allied Electronics | 0.00 | 0.00 | 0.00 |
| 188 | Coastal Tool Supply | 0.00 | 0.00 | 0.00 |
| 189 | Machinery Components | 0.00 | 0.00 | 0.00 |
| 190 | Pacificorp DBA Rocky Mountain | 6,013.97 | 0.00 | 0.00 |
| 191 | Nexeo Solutions | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 192 | Power TV Media LLC | 0.00 | 0.00 | 0.00 |
| 193 | Radical Magnets | 820.00 | 0.00 | 0.00 |
| 194 | Praxair Distribution | 3,151.94 | 0.00 | 0.00 |
| 195 | LP Engraving | 279.47 | 0.00 | 0.00 |
| 196 | Cavist Manufacturing | 90,711.03 | 0.00 | 0.00 |
| 197 | T Mobile | 223.40 | 0.00 | 0.00 |
| 198 | T Mobile | 0.00 | 0.00 | 0.00 |
| 199 | T Mobile | 0.00 | 0.00 | 0.00 |
| 201 | Adpro Marketing | 0.00 | 0.00 | 0.00 |
| 202 | Precision Resistive Products | 0.00 | 0.00 | 0.00 |
| 203 | Microchip Technologies | 0.00 | 0.00 | 0.00 |
| 204 | Protections Unlimited | 0.00 | 0.00 | 0.00 |
| 205 | Lex Miller | 0.00 | 0.00 | 0.00 |
| 207 | Power TV Media | 4,030.00 | 0.00 | 0.00 |
| 208 | TigerDirect | 0.00 | 0.00 | 0.00 |
| 209 | AAA Cooper Transportation | 4,894.78 | 0.00 | 0.00 |
| 210 | PM Engineered Solutions | 0.00 | 0.00 | 0.00 |
| 211 | Salt Lake Cable and Harness | 0.00 | 0.00 | 0.00 |
| 212 | Ipscot, Inc | 0.00 | 0.00 | 0.00 |
| 213 | Jeffrey Robichaux | 0.00 | 0.00 | 0.00 |
| 214 | Richard Twardy | 0.00 | 0.00 | 0.00 |
| 215 | Eide Bailly LLP | 0.00 | 0.00 | 0.00 |
| 216 | Peer Bearing Co | 0.00 | 0.00 | 0.00 |
| 217 | UPS | 0.00 | 0.00 | 0.00 |
| 218 | UPS | 0.00 | 0.00 | 0.00 |
| 219 | AT&T | 0.00 | 0.00 | 0.00 |
| 220 | Merithian Products | 0.00 | 0.00 | 0.00 |
| 221 | Great Southwest Tool Co | 3,000.00 | 0.00 | 0.00 |
| 222 | Anagraphica Inc | 3,087.64 | 0.00 | 0.00 |
| 223 | ABN Amro Commercial Finance | 0.00 | 0.00 | 0.00 |
| 224 | Banc of America & Leasing | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 227 | Cable Components Inc | 0.00 | 0.00 | 0.00 |
| 229 | Unimeasure | 0.00 | 0.00 | 0.00 |
| 230 | Seacomp Displays | 0.00 | 0.00 | 0.00 |
| 231 | Industrial Precision Works | 24,604.00 | 0.00 | 0.00 |
| 232 | Apem Inc | 0.00 | 0.00 | 0.00 |
| 233 | Speedline Technologies | 0.00 | 0.00 | 0.00 |
| 234 | Senko Advanced Components | 0.00 | 0.00 | 0.00 |
| 237 | Techmaster Electronics | 920.13 | 0.00 | 0.00 |
| 238 | American Precision Machining | 0.00 | 0.00 | 0.00 |
| 239 | Heilind Electronics | 35,001.33 | 0.00 | 0.00 |
| 240 | DB Roberts Inc | 53.04 | 0.00 | 0.00 |
| 241 | Baron Chemical Co | 0.00 | 0.00 | 0.00 |
| 242 | S&M Group DBA | 0.00 | 0.00 | 0.00 |
| 243 | Prenco Progress & Engineering | 606.71 | 0.00 | 0.00 |
| 244 | Houston Plating & Coating | 0.00 | 0.00 | 0.00 |
| 245 | Kaeher Corp | 0.00 | 0.00 | 0.00 |
| 246 | Newton Manufacturing | 0.00 | 0.00 | 0.00 |
| 247 | Gorman Industrial Supply | 0.00 | 0.00 | 0.00 |
| 248 | American Standard Circuits | 28,188.80 | 0.00 | 0.00 |
| 249 | Capco Plastics | 27,731.86 | 0.00 | 0.00 |
| 250 | Cox Communucations | 194.00 | 0.00 | 0.00 |
| 251 | Cox Communucations | 295.88 | 0.00 | 0.00 |
| 252 | Cox Communucations | 6.79 | 0.00 | 0.00 |
| 253 | Zarco Electronic Supply | 372.65 | 0.00 | 0.00 |
| 254 | Harpco Systems | 7,456.45 | 0.00 | 0.00 |
| 256 | Apex Fasteners | 192.80 | 0.00 | 0.00 |
| 257 | Victor Gee | 0.00 | 0.00 | 0.00 |
| 258 | Great America Financial Services | 0.00 | 0.00 | 0.00 |
| 259 | Craig Peitz | 699.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 260 | Moroso Performance Products | 1,133.46 | 0.00 | 0.00 |
| 261 | Broussard Logistics | 16,614.44 | 0.00 | 0.00 |
| 262 | AT&T | 1,506.65 | 0.00 | 0.00 |
| 263 | Southwestern Industrial Fasteners | 102.46 | 0.00 | 0.00 |
| 264 | IEWC Corp | 1,022.89 | 0.00 | 0.00 |
| 265 | America II Corp | 863.83 | 0.00 | 0.00 |
| 266 | FFedEx Techconnect Inc | 193,543.71 | 0.00 | 0.00 |
| 267 | American Express Travel | 158,674.41 | 0.00 | 0.00 |
| 268 | American Precision Machining | 0.00 | 0.00 | 0.00 |
| 269 | ColiCraft Inc | 1,180.00 | 0.00 | 0.00 |
| 271 | Liberty Mutual Fire Insurance | 0.00 | 0.00 | 0.00 |
| 272 | Ktec Equipment & Supply | 1,218.36 | 0.00 | 0.00 |
| 273 | Allied Wire and Cable | 564.30 | 0.00 | 0.00 |
| 274 | KM USA LLC | 1,675.00 | 0.00 | 0.00 |
| 275 | KM USA LLC | 1,172.98 | 0.00 | 0.00 |
| 276 | Astro-Tex Company | 12,327.61 | 0.00 | 0.00 |
| 277 | Action Stainless & Alloys | 2,223.10 | 0.00 | 0.00 |
| 278 | Source Interlink Media | 3,334.91 | 0.00 | 0.00 |
| 279 | Southern Counties Oil Co | 767.45 | 0.00 | 0.00 |
| 280 | American Express Travel | 158,674.41 | 0.00 | 0.00 |
| 281 | Estes Express Lines | 21,964.51 | 0.00 | 0.00 |
| 282 | Ricoh USA | 112.28 | 0.00 | 0.00 |
| 283 | Banc of America & Leasing Capital | 21,220.05 | 0.00 | 0.00 |
| 284 | Commonwealth of PA Rev Dept | 240.00 | 0.00 | 0.00 |
| 285 | Pitney Bowes Global | 22,975.27 | 0.00 | 0.00 |
| 291 | FCT Assembly Inc | 690.00 | 0.00 | 0.00 |
| 292 | Southwestern Bell Pelephone | 5,244.04 | 0.00 | 0.00 |
| 293 | Motion Industries | 706.27 | 0.00 | 0.00 |
| 295 | Western Distributing Co | 10,576.85 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 296 -1 | MISSOURI DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 |
| 297 -1 | PACIFICORP | 0.00 | 0.00 | 0.00 |
| 298 -1 | MICHAEL SHORT | 0.00 | 0.00 | 0.00 |
| 299 -1 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY | 0.00 | 0.00 | 0.00 |
| 300 -1 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY | 0.00 | 0.00 | 0.00 |
| 301 -1 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY | 186.31 | 0.00 | 0.00 |
| 302 -1 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG | 0.00 | 0.00 | 0.00 |
| 303 -1 | FLORIDA POWER & LIGHT | 275.33 | 0.00 | 0.00 |
| 306 -1 | EL PASO ELECTRIC COMPANY | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $46,272.60 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 308U-1 | STATE OF FLORIDA - DEPARTMENT OF REVENUE | 46,272.60 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Charles A. Stanziale: /s/ Charles A. Stanziale

Ch. 7 Trustee

Charles A. Stanziale
347 Mt. Pleasant Avenue
Suite 200
West Orange, NJ 07052
(201) 306-0066
cstanziale@chas-law.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**